In the Matter of the Application of BARBARA C. NELSON for the Payment of Award for Damage Parcel Number 8 in the Proceedings for the Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, v. AMERICAN BALSA WOOD CORPORATION, Appellant.— Motion to resettle order granted and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ROSARIO S. SPITALERI, Respondent, v. ELCO GELATONE PUBLISHING CORPORA-TION and WYANOAK-ELCO PUBLISHING CORPORATION, Appellants.— Motion to extend time to answer until five days from entry of order upon appeal and to stay entry of judgment granted upon consent. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

DOROTHY BENEDIX, Appellant, v. BENJAMIN BENEDIX, Respondent.— The learned court at Special Term erred in reducing the alimony in the absence of a proper application to the court. (*Barrett* v. *Barrett*, 221 App. Div. 710; *Thompson* v. *Thompson*, 197 id. 228.) The order, is therefore, reversed upon the law, with ten dollars costs and disbursements, and the matter remitted to the Special Term for action upon the motion to punish for contempt. The decision, however, is without prejudice to defendant to move for a reduction of alimony. Lazansky, P. J., Rich, Hagarty and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm.

LUCREZIA BIANCO, Respondent, v. ANGELINA SCANDURA, Also Known as ANGELINA CONSOLI, and FILIPPO SCANDURA, Appellants.— Order, as resettled, affirmed, with ten dollars costs and disbursements. While the court is not inclined to interfere with the exercise of the discretion of the Special Term, it is of opinion that the granting of a preference in such a class of cases should be discouraged. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.